IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GORDON BUCHANAN                                                        PETITIONER

vs.                    Civil Case No. 5:08CV000005 HLJ

LARRY NORRIS, Director,
Arkansas Department of Correction                                      RESPONDENT

## ORDER

Petitioner is hereby informed of his opportunity to reply within thirty days to Respondent's argument that the petition should be dismissed because all of his claims are procedurally defaulted and Petitioner cannot establish cause for his default, or resulting prejudice and he has not asserted he is actually innocent of the charges. Petitioner may reply to any other argument raised in the petition.

SO ORDERED this 6th day of March, 2008.

_Henry L. Jones, Jr._
United States Magistrate Judge