IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GORDON BUCHANAN                                                                PETITIONER

VS.                             CASE NO. 5:08CV00005 WRW

LARRY NORRIS, Director,
Arkansas Department of Correction                                              RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice. The relief prayed for is denied.

SO ADJUDGED this 2nd day of June, 2008.


                                /s/ Wm. R. Wilson, Jr
                                UNITED STATES DISTRICT JUDGE